389 A.2d 160

Commonwealth v. Bell, Appellant.

Submitted September 12, 1977. Patrick J. Flannery, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., would vacate the judgment of sentence and remand for resentencing.

WATKINS, former P. J., did not participate in the consideration or decision of this case.